NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FELIPE GALARZA-GALLEGOS, AKA Felipe Gallegos,<br><br>              Petitioner,<br><br> v.<br><br>JEFFERSON B. SESSIONS III, Attorney General,<br><br>              Respondent. | No.   15-71009<br><br>Agency No. A200-626-843<br><br>MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 26, 2017**

Before:    SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

Felipe Galarza-Gallegos, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen

removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for

abuse of discretion the BIA's denial of a motion to reopen. *Toufighi v. Mukasey*,

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

538 F.3d 988, 992 (9th Cir. 2008). We deny the petition for review.

The BIA did not abuse its discretion in denying Galarza-Gallegos's untimely motion to reopen, *see* 8 C.F.R. § 1003.2(c)(2), where Galarza-Gallegos failed to demonstrate prima facie eligibility for relief, *see Toufighi*, 538 F.3d at 996; *see Nagoulko v. INS*, 333 F.3d 1012, 1018 (9th Cir. 2003) (possibility of persecution "too speculative"). In light of our disposition, we do not reach Galarza-Gallegos's family social group contention.

**PETITION FOR REVIEW DENIED.**

15-71009